| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 688251 | DATE 03/26/2021 |
|---|---|---|---|---|
| **NAME** NELSON, Lewis Jaquon | **OFFICER** Timothy M. Clolinger | | **JUDGE** Matthew F. Leitman | **DOCKET #** 17-CR-20210-01 |

| ORIGINAL SENTENCE DATE 07/26/2018 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY VI | TOTAL OFFENSE LEVEL 13 | PHOTO |
|---|---|---|---|---|
| COMMENCED 06/02/2020 | | | | |
| EXPIRATION 06/01/2022 | | | | |

| ASST. U.S. ATTORNEY Nancy A. Abraham | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 2: 18 U.S.C. § 922(g)(1), 18 U.S.C. § 922(g), Felon in Possession of Ammunition

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 33 months, served consecutive to the term of imprisonment on docket 14-CR-20600, to be followed by a two-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
2. The defendant shall not use or possess alcohol in any consumable form, nor shall the defendant be in the social company of any person whom the defendant knows to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.
3. The defendant shall participate in a program approved by the probation department for mental health counseling, to include anger management, if necessary.

   Criminal Monetary Penalty: Special Assessment $100.00 (balance $75.00).

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 688251 | DATE 03/26/2021 |
|---|---|---|---|---|
| NAME NELSON, Lewis Jaquon | | OFFICER Timothy M. Clolinger | JUDGE Matthew F. Leitman | DOCKET # 17-CR-20210-01 |

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On March 3, 2021, NELSON assaulted his girlfriend, TM, by shoving her off of a bed, punching her all over her body, and attempted to strangle her with a belt. NELSON is currently charged with Count 1, Assault with Intent to do Great Bodily Harm Less Than Murder, and Count 2, Domestic Violence, in 67th District Court, Flint, Michigan, Case No. 21T00487. The case is pending before the Honorable Jennifer J. Manley with the next court date is scheduled for April 8, 2021. |
| 2 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On March 17, 2021, NELSON was placed under 67th District Court bond supervision through the Genesee County Jail tether program. On March 24, 2021, NELSON cut off his Global Positioning Satellite (GPS) bracelet. |
| 3 | **Violation of Mandatory Condition :** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT." <br><br> On June 2, 2020, NELSON submitted to urinalyses that was laboratory confirmed positive for cocaine and marijuana. |
| 4 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On March 6, 2021, NELSON was cited by the Michigan State Police for Failed to Display a Valid License-Statute, Case No. 21X841637A, in 67th District Court, Flint, Michigan. A fine of $215.00 has been imposed. |
| 5 | **Violation of Standard Condition No. 6:** "YOU MUST ALLOW THE PROBATION OFFICER TO VISIT YOU AT ANY TIME AT YOUR HOME OR ELSEWHERE, AND YOU MUST PERMIT THE PROBATION OFFICER TO TAKE ANY ITEMS PROHIBITED BY THE CONDITIONS OF YOUR SUPERVISION THAT HE OR SHE OBSERVES IN PLAIN VIEW." <br><br> NELSON failed to make himself available for home visits on July 1, 2020; October 8, 2020; February 2, 2021; and February 5, 2021. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 688251 | DATE 03/26/2021 |
|---|---|---|---|---|
| NAME NELSON, Lewis Jaquon | OFFICER Timothy M. Clolinger | JUDGE Matthew F. Leitman | | DOCKET # 17-CR-20210-01 |

**6**     **Violation of Special Condition:** "THE DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE PROBATION DEPARTMENT FOR SUBSTANCE ABUSE, WHICH MAY INCLUDE TESTING TO DETERMINE IF THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL, IF NECESSARY."

NELSON failed to attend individual appointments on December 24, 2020; December 31, 2020; February 11, 2021; and March 4, 2021. He failed to attend drug testing on January 18, 2021; February 1, 2021; February 12, 2021; February 22, 2021, and March 2, 2021.

**7**     **Violation of Special Condition:** "THE DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE PROBATION DEPARTMENT FOR MENTAL HEALTH COUNSELING, TO INCLUDE ANGER MANAGEMENT, IF NECESSARY."

NELSON failed to attend individual appointments on December 24, 2020; December 31, 2020; February 11, 2021; and March 4, 2021.

NELSON failed to attend a psychological evaluation on October 3, 2020. He failed to attend a medication review on March 6, 2021.

| I declare under penalty of perjury that the foregoing is true and correct. PROBATION OFFICER  s/Timothy M. Clolinger/jmg  810-341-7876 | DISTRIBUTION  Court |
|---|---|
| SUPERVISING PROBATION OFFICER  s/Christina R. Wilkerson  313-234-5460 | PROBATION ROUTING  Data Entry |

**THE COURT ORDERS:**

[X]  The issuance of a warrant

[ ]  Other

                                                    s/Matthew F. Leitman
                                                  United States District Judge

                                                  3/26/2021
                                                  Date